

# NUMBER 13-21-00209-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

---

**PROGRESSIVE COUNTY MUTUAL
INSURANCE COMPANY,**                                     **Appellant,**

**v.**

**ANSELMO M. CALTZONSING,**                              **Appellee.**

---

### On Petition for Permissive Appeal from the
### 377th District Court of Victoria County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Silva
### Order Per Curiam

Appellant Progressive County Mutual Insurance Company filed a petition for permissive appeal on July 7, 2021. *See generally* Tex. R. App. P. 28.3. Appellee Anselmo M. Catzonsing filed a letter stating that he would not be filing a response to appellant's petition but disagreed with the appellant on the merits.

The Court, having examined and fully considered the petition for permissive appeal, is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. Thus, a notice of appeal is deemed to have been filed on this date. *See id.* R. 28.3(k); *see also id.* 25.1(c) ("A party who seeks to alter the trial court's judgment or other appealable order must file a notice of appeal."). The appeal will be governed by the rules for accelerated appeal. *See id.* R. 28.1(e) ("The deadlines and procedures for filing the record and briefs in an accelerated appeal are provided in Rules 35.1 and 38.6.").

We direct the Clerk of the Court to file a copy of this order with the trial court clerk. *See id.* R. 28.3(k).

PER CURIAM

Delivered and filed on the
21st day of July, 2021.